Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
jbraster@nblawnv.com
bgordon@nblawnv.com

Cheryl O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7505
coconnor@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLO SURBONA, | Case No. 2:22-cv-01831-APG-VCF |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| EXPERIAN INFORMAITON SOLUTIONS, INC.; EQUIFAX INFORMAITON SERVICES, LLC; AND TRANS UNION LLC, | |
| Defendants. | Complaint Filed: 9/28/2022 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Carlo Surbona ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on November 1, 2022, and currently, Experian's responsive pleading is due November 25, 2022.  (ECF No. 1.)  The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly.  Plaintiff and Experian stipulate and agree that Experian shall have an extension until December 16, 2022, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 23rd day of November 2022.

| | |
|---|---|
| NAYLOR & BRASTER | PRICE LAW GROUP, APC |
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Benjamin B. Gordon <br> Nevada Bar No. 15552 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> Cheryl O'Connor <br> Nevada Bar No. 14745 <br> JONES DAY <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* | By: */s/ Michael Yancey* <br> Michael Yancey III <br> Nevada Bar No. 16158 <br> 5940 S. Rainbow Blvd., Suite 3014 <br> Las Vegas, NV 89118 <br><br> *Attorneys for Plaintiff Carlo Surbona* |

**IT IS SO ORDERED.**

Dated this  23rd  day of November 2022.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -