UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CARLO SURBONA,<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC<br><br>          Defendant. | Case No.: 2:22-cv-01831-APG-VCF<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Carlo Surbona and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that all claims against Equifax shall be dismissed from this action with prejudice, with attorneys' fees and costs to be paid as indicated in the parties' settlement agreement.

Respectfully submitted this 11th day of January 2023.

**PRICE LAW GROUP, APC**

*/s/Michael Yancey*
Michael Yancey III, NV # 16158
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
P: (818) 600-5537
F: (818) 600-5464
E: michael@pricelawgroup.com
*Attorneys for Plaintiff*
*Carlo Surbona*

1

CLARK HILL PLLC

*/s/Gia N. Marina*
Gia N. Marina Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*

IT IS SO ORDERED:

Dated: January 12, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE