UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CARLO SURBONA,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC<br><br>                    Defendant. | Case No.: 2:22-cv-01831-APG-VCF<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Carlo Surbona and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that all claims against Experian shall be dismissed from this action with prejudice, with attorneys' fees and costs to be paid as indicated in the parties' settlement agreement.

Respectfully submitted this 7th day of February 2023.

PRICE LAW GROUP, APC

*/s/Michael Yancey*
Michael Yancey III, NV # 16158
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
P: (818) 600-5537
F: (818) 600-5464
E: michael@pricelawgroup.com
*Attorneys for Plaintiff*
*Carlo Surbona*

1

**NAYLOR & BRASTER**

*/s/Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone: (702) 420-7000
jbraster@nblawnv.com
bgordon@nblawnv.com

**JONES DAY**

Cheryl O'Connor
Nevada Bar No. 14745
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7505
coconnor@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*

IT IS SO ORDERED:

Dated: February 16, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2